**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Paula Conner, <br><br> Plaintiff <br> v. <br><br> United States of America and C.K. O'Neil, <br><br> Defendants | Case No. 2:22-cv-01746-JAD-VCF <br><br> **Order Granting Unopposed Motion to Dismiss** <br><br> [ECF No. 3] |

Paula Conner sues the United States of America and "IRS Officer C.K. O'Neal," seeking ten million dollars and other relief for a multitude of constitutional violations caused by the collection of taxes from her, a "Living Soul" who is exempt from taxation.[1] The government moves to dismiss Conner's suit with prejudice for lack of subject-matter jurisdiction, for insufficient service, and for failure to state a viable claim.[2] The deadline to oppose that motion passed without response or a request to extend it. Local Rule 7-2(d) provides that "[t]he failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion." I apply Local Rule 7-2(d) and deem plaintiff's failure to oppose this motion as her consent to granting it. Accordingly, IT IS HEREBY ORDERED that the motion to dismiss

. . .

---

[1] ECF No. 1 (complaint).

[2] ECF No. 3 (motion to dismiss).

**[ECF No. 3] is GRANTED. This action is DISMISSED with prejudice. The Clerk of Court is directed to ENTER JUDGMENT ACCORDINGLY and CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
January 5, 2023